GABROY LAW OFFICES
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel:   (702) 259-7777
Fax:  (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff Perla Villa*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| PERLA VILLA, an individual;<br><br>                            Plaintiff,<br>vs.<br><br>PEPES JR. INC. d/b/a Pepe's Tacos, a domestic corporation; DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>                            Defendant. | Case No: 2:20-cv-01954-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 12 |
|---|---|

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The undersigned parties, by and through their respective counsel of record, stipulate and agree that the above-entitled matter be dismissed with prejudice, each

///

party to bear its own attorneys' fees and costs.

DATED this 1st day of February 2021.

GABROY LAW OFFICES

_/s/ Christian Gabroy_____
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 S. Green Valley Parkway, Ste 280
Henderson, NV 89012

*Attorneys for Plaintiff*

HOLLEY DRIGGS

__/s/ F. Thomas Edwards_____
F. Thomas Edwards, Esq. (#9549)
400 South Fourth Street, Third Floor
Las Vegas, NV 89101

*Attorneys for Defendant*

### ORDER

Based on the parties' stipulation **[ECF No. 12]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 1, 2021